1   JOSEPH P. RUSSONIELLO
    United States Attorney
2   450 Golden Gate Ave (11th Floor)
    San Francisco, CA 94102
3   Telephone: (415) 436-7200

    **FILED**
    MAY 0 7 2008
    CLERK
    NORTHERN ... COURT
    ... CALIFORNIA
    SAN JOSE

4   Attorneys for the United States

5                   UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7                          SAN JOSE DIVISION

8   UNITED STATES OF AMERICA,        )   CRIMINAL NO. 08-MJ-70268PVT
9            Plaintiff,               )
10                                    )   NOTICE OF PROCEEDINGS ON
         v.                           )   OUT-OF-DISTRICT CRIMINAL
11                                    )   CHARGES PURSUANT TO RULES
    Wesley Jones                      )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                    )   OF CRIMINAL PROCEDURE
            Defendant.                )
13                                    )
                                      )
14  _____

15      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
    Procedure that on **5/7/08**, the above-named defendant was arrested based upon an
16
    arrest warrant (copy attached) issued upon an                    *Violation*
17
    ☐ Indictment    ☐ Information    ☐ Criminal Complaint    ☒ Other **Form 12**
18
    pending in the **Eastern** District of **California**, Case Number **9 CR 00154**
19
        In that case, the defendant is charged with a violation(s) of Title(s) **18** United States Code,
20
    Section(s) **3606**
21
    Description of Charges: **Violation of Supervised Release**
22

23
                                            Respectfully Submitted,
24                                          JOSEPH P. RUSSONIELLO
                                            UNITED STATES ATTORNEY
25  Date: **5/7/08**
                                            _____
26                                          Assistant U.S. Attorney

27

28

                                         1

U.S. MARSHAL SERVICE Fax:9169302050 May 6 2008 09:46am P002/012

Case 2:91-cr-00154-DLJ-JFM  Document 79 *SEALED* (Court only)  Filed 08/01/2007  Page 1 of 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED

11/7/08

07 AUG -1 PM 1:36

EASTERN DISTRICT
OF CALIFORNIA

USA,

v.

**WESLEY DWAYNE JONES**,

**WARRANT FOR ARREST**

Case Number: 2:91-CR-00154-DLJ-JFM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Wesley Dwayne Jones**,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Violation Petition  ☐ Other

charging him or her with (brief description of offense)

**Violation of Supervised Release**

in violation of Title **18** United States Code, Section(s) **3606**

| A. Kastilahn | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| (signature) | 8/1/07   Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  $No Bail   by   Judge D Lowell Jensen

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California

By_____ Deputy Clerk

Dated 8/1/07

| | |
|---|---|
| **Offender Name:** | Wesley Dwayne JONES |
| **Docket Number:** | 2:91CR00154-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable David F. Levi<br>Chief United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/27/1992 |
| **Original Offense:** | 18 USC 2113 (a) - Bank Robbery<br>(CLASS B Felony) |
| **Original Sentence:** | 168 months Bureau of Prisons; 3 years Supervised Release; $933 Restitution; $50 Special Assessment |
| **Special Conditions:** | Warrantless search; Drug aftercare counseling and testing; Restitution installments. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/28/2005 |
| **Assistant U.S. Attorney:** | Samuel Wong     Telephone: (916) 554-2700 |
| **Defense Attorney:** | Jeff Staniels     Telephone: (916) 498-5700 |
| **Other Court Action:** | |
| **10/25/2005:** | While on supervision in the Central District of Illinois, on August 23, 2005, the offender submitted a positive urine sample for marijuana. On October 20, 2005, he submitted a positive urine sample for marijuana and cocaine. The supervising probation office instructed him to return to the Eastern District of California |

Rev. 06/2007
VIOLATION_PETITION
(PROB12C-TSR) (ND).MRG

RE: Wesley Dwayne JONES
Docket Number: 2:91CR00154-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

Probation Office for further supervision. Drug testing/treatment was increased. The Court was notified and no further action was taken.

**03/15/2007:** On May 18, 2006, a warrant was issued for the offender's arrest on a charge he had violated the conditions of supervised release. The offender was in state custody on a parole violation. On January 16, 2007, the offender was taken into federal custody after his State Parole Violation term ended. Prior to his State Parole Violation, he had been arrested and convicted for Driving Without a Valid License. The Court modified his conditions of supervision to include 90 days of Home Confinement via Electronic Monitoring, and he was continued under supervision.

## PETITIONING THE COURT

**( X )  TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**   **Nature of Violation**

**Charge 1:**   **FAILURE TO REPORT FOR TESTING**

On May 4, 9, 15, 21, 2007, June 5, 13, 18, 21, 2007, and July 5, 10, 17, 23, 2007, the offender failed to report for scheduled testing, in violation of Special Condition Number 2 instructing him to participate in a program of testing to determine if he has reverted to the use of drugs.

2

Rev. 08/2007
VIOLATION_PETITION
(PROB12C.TSR) (ND).MRG

RE: **Wesley Dwayne JONES**
Docket Number: 2:91CR00154-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

**Charge 2:**      **FAILURE TO REPORT FOR COUNSELING**

On May 15 and 17, 2007, the offender failed to report for drug and alcohol counseling, in violation of Special Condition Number 2 instructing him to participate in a program of counseling to determine if he has reverted to the use of drugs.

**Charge 3:**      **FAILURE TO SUBMIT WRITTEN MONTHLY REPORT FORMS**

The offender failed to submit his written monthly report forms for the months of January, February, March, April, May and June 2007, in violation of Standard Condition Number 2, instructing him to submit a written report within the first five days of each month.

**Justification:** Following his release from state prison on January 16, 2007, for violation conduct involving drug use, the offender was taken into federal custody and faced violation proceedings before Your Honor. The probation officer believed, at that time, that the offender deserved another chance under supervision, and Your Honor ordered the offender continued under supervision. As a community sanction, Your Honor ordered the offender to complete 90 days of Home Confinement via Electronic Monitoring, and he was continued under the original terms and conditions of supervision. Since then the offender has failed to show for each and every scheduled test date, as noted above. In addition, the probation officer has had little success in finding the offender at his reported residence to initiate his required 90 days of home confinement. The offender does not return telephone calls timely, and when he does call, it is in the evening hours or on weekends when it is more difficult to make contact with his probation officer. Although the offender has been able to attend a couple of drug abuse counseling sessions with the Turning Point counselor, he has failed to report for two sessions. The offender reported to his drug abuse counselor that he was "hearing voices," and was unable to report for counseling and testing.

05/07/2008 08:47 4085535489 PVT Case 5:08-mj-70268-PVT Document 6 USMS SAN JOSE Filed 05/07/2008 Page 6 of 11 PAGE 05/19

U.S. MARSHAL SERVICE    Fax:9169302050    May 6 2008 09:47pm P006/012

**RE:** Wesley Dwayne JONES
Docket Number: 2:91CR00154-01
<u>PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION</u>

**Bail/Detention:** The offender has been under supervision following a conviction of Bank Robbery in 1991. He has a lengthy and serious criminal record dating back to 1976, consisting of Burglary, Attempted Grand Theft, Bank Robbery, and Robbery by Means of Force. Admittedly, the offender has had an addiction to cocaine, which he believes motivated his criminal behavior. This is the third time the offender has appeared before Your Honor for violation proceedings, and each time he has been given the benefit of the doubt and the probation officer expressed a willingness to continue to work with him. It is unknown whether or not the offender is using drugs, as he has failed to report for all scheduled drug tests. However, the offender's drug counselor believes that the voices the offender reported hearing could possibly be induced by drug use. In view of the above, it is believed the offender is a danger to himself and others, and it is recommended that a bench warrant be issued and the offender be detained.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON:**    July 30, 2007
Elk Grove, California
RGL:cj

Respectfully submitted,

/s/ Rafael G. Loya
**RAFAEL G. LOYA**
Senior United States Probation Officer
Telephone: (916) 683-4375

**REVIEWED BY:**    /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
Supervising United States Probation Officer

RE: Wesley Dwayne JONES
Docket Number: 2:91CR00154-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

( X ) The issuance of a warrant    ( ) Bail set at $___    ( X ) No Bail

( ) The issuance of a summons (copy to Defense Counsel).

( ) Other:

FURTHER PROCEEDINGS REGARDING CUSTODY:

( X ) Defendant is ordered detained, to be brought before District Judge forthwith.

( ) Initial appearance and detention hearing before Magistrate Judge.


| 7/31/2007 | /s/ D. Lowell Jensen |
|---|---|
| Date | Signature of Judicial Officer |

cc: United States Probation
Samuel Wong, Assistant United States Attorney
United States Marshal Service

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                                                RE: Wesley Dwayne JONES
                                                Docket Number: 2:91CR00154-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order**, the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **FAILURE TO REPORT FOR TESTING**

      **A.**    **Evidence:**

            (1)    The Turning Point notification form advising the probation officer of the offender's failure to report for testing on May 4, 9, 15, 21, 2007, June 5, 13, 18, 21, 2007, and July 5, 10, 17, 23, 2007.

      **B.**    **Witnesses:**

            (1)    The Turning Point staff will testify the offender failed to appear for testing on May 4, 9, 15, 21, 2007, June 5, 13, 18, 21, 2007, and July 5, 10, 17, 23, 2007.

RE:   Wesley Dwayne JONES
      Docket Number: 2:91CR00154-01
      **STATEMENT OF EVIDENCE**

**Charge 2:   FAILURE TO REPORT FOR COUNSELING**

    A.   **Evidence:**

        (1)   Turning Point Notification of Failure to Report for Counseling forms indicating the offender failed to appear for counseling on May 15 and 17, 2007.

    B.   **Witnesses:**

        (1)   Senior United States Probation Officer Rafael G. Loya will testify that he received Failure to Report for Counseling notices from Turning Point for May 15 and 17, 2007.

**Charge 3:   FAILURE TO SUBMIT WRITTEN MONTHLY REPORT FORMS**

    A.   **Evidence:**

        (1)   None

    B.   **Witnesses:**

        (1)   Senior United States Probation Officer Rafael G. Loya will testify that the offender failed to submit his written monthly report forms for the months of January, February, March, April, May, and June 2007.

RE:   Wesley Dwayne JONES
      Docket Number: 2:91CR00154-01
      **STATEMENT OF EVIDENCE**

                              Respectfully submitted,

                              /s/ Rafael G. Loya
                              RAFAEL G. LOYA
                              Senior United States Probation Officer

DATED:   July 30, 2007
         Elk Grove, California
         RGL:cj


REVIEWED BY:   /s/ Deborah A. Spencer
               DEBORAH A. SPENCER
               Supervising United States Probation Officer

## REVOCATION GUIDE - SUPERVISED RELEASE

Offender Name: Wesley Dwayne JONES           Docket Number: 2:91CR00154-01

Date of original offense: April 3, 1991

Original term of supervised release imposed:   3 years.

Highest grade of violation alleged:   C

Criminal History Category of offender:   VI

Chapter 7 range of imprisonment: 8 to 14 months.

Maximum term on revocation - 18 USC 3583(e)(3): *(choose one below)*

```
__  Class A felony - 5 years (or stat max of __ years if longer).
X   Class B felony - 3 years
__  Class C and/or D felony - 2 years
__  Class E felony and misdemeanors: 1 year
```

Violation requires mandatory revocation: YES: __   NO: X .

**Original offense committed before 09/13/94**: Court may sentence up to the original term of supervised release, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Court must state on the record the reasons for sentences which exceed Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the re-imposition is limited to the term of supervised release originally imposed, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed before 09/13/94**:   Title 18 USC 3583 instructs that supervision be revoked upon a finding of possession of a controlled substance. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession." A possession finding requires the imposition of a sentence not less than one-third of the term of supervised release.

**Positive/Failed Drug Tests after 11/02/2002**:   Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

July 30, 2007
RGL/cj