**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 7, 2008

Clerk of Court
US District Court for Eastern California
4-200 United States Courthouse
5011 I Street,
Sacramento, CA 95814-2322

*Filed*
*Filed*
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Case Name: | **USA-v-Wesley Jones** |
| Case Number: | **5-08-70268-PVT (Your Case# 2:91-CR-00154-DLJ-JFM)** |
| Charges: | **18:3606** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
Original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____ .

Date: __MAY 13 2008__

CLERK, U.S. DISTRICT COURT
R. BECKNAL
By _____
Deputy Clerk